Fill in this information to identify the case:

United States Bankruptcy Court for the:

_Western District of Texas_

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, _Instructions for Bankruptcy Forms for Non-Individuals_, is available.**

| | |
|---|---|
| **1. Debtor's name** | HOTSC Holdings, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and _doing business as names_ | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 1 9 2 8 9 5 0 |

**4. Debtor's address**

**Principal place of business**

_5040 S. Loop 340_
Number      Street

_Robinson, TX 76706_
City                        State      ZIP Code

_Mclennan_
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                        State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                        State      ZIP Code

**5. Debtor's website (URL)** 

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    HOTSC Holdings, LLC _____    Case number *(if known)* _____

         Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

     **B.** *Check all that apply:*

        ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

        ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

        ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

     **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
        http://www.uscourts.gov/four-digit-national-association-naics-codes .   ___ ___ ___ ___

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☐ Chapter 7 |
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check **all** that apply:* |
| |    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |    ☐ A plan is being filed with this petition. |
| |    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | ☐ Yes.   District _____   When _____   Case number _____ |
| If more than 2 cases, attach a separate list. |                 MM / DD / YYYY |
| |         District _____   When _____   Case number _____ |
| |                 MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes.   Debtor _____   Relationship _____ |
| List all cases. If more than 1, attach a separate list. |         District _____   When _____ |
| |                                       MM / DD / YYYY |
| |         Case number, if known _____ |

| Debtor | HOTSC Holdings, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number        Street | |
| | _____   _____   _____ | |
| | City                                              State    ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.  Insurance agency  _____ | |
| | Contact name  _____ | |
| | Phone  _____ | |

## Statistical and administrative information

| | | | | | |
|---|---|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | | | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | | | |
| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 | | ☑ $1,000,001-$10 million | | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | | ☐ $10,000,001-$50 million | | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | | ☐ $50,000,001-$100 million | | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | | ☐ $100,000,001-$500 million | | ☐ More than $50 billion |

Debtor  <u>HOTSC Holdings, LLC</u>
Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>06/02/2023</u>
MM/ DD/ YYYY

**X** <u>/s/ Eric Nutt</u>
Signature of authorized representative of debtor

<u>Eric Nutt</u>
Printed name

Title <u>Manager</u>

**18. Signature of attorney**

**X** <u>/s/ Stephen W. Sather</u>
Signature of attorney for debtor

Date <u>06/02/2023</u>
MM/ DD/ YYYY

<u>Stephen W. Sather</u>
Printed name

<u>Barron & Newburger, P.C.</u>
Firm name

<u>7320 N. MoPac Expressway 400</u>
Number        Street

<u>Austin</u>
City

<u>TX</u>
State

<u>78731</u>
ZIP Code

<u>(512) 653-1009</u>
Contact phone

<u>ssather@bn-lawyers.com</u>
Email address

_____
Bar number

_____
State

Fill in this information to identify the case:

Debtor name           HOTSC Holdings, LLC

United States Bankruptcy Court for the:
          Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | First National Bank of McGregor 901 S. 8th Street Waco, TX 76706 | | Deed of Trust | | $2,184,798.57 | $1,018,150.00 | $1,166,648.57 |
| 2 | IFPS Corporation PO Box Box 419090 Kansas City, MO 64141-9090 | | | | | | $10,176.12 |
| 3 | McLennan County Tax Office PO Box 406 Waco, TX 76703 | | | | $12,813.54 | $1,018,150.00 | $12,813.54 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   HOTSC Holdings, LLC _____     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name                  HOTSC Holdings, LLC

United States Bankruptcy Court for the:
                    Western District of Texas

Case number *(if known)*: _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property       **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.** **Cash on hand** | | | _____ |
| **3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 **Alliance Bank Central Texas** | **Checking account** | **9697** | **$196.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$220.00** |
| **4.** **Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$416.00** |
|---|---|

---

### Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**None**

Debtor    **HOTSC Holdings, LLC**            Case number *(if known)* _____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      **$0.00**

---

**Part 3:**   Accounts receivable

---

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:   _____ - _____ = ...... ➔   _____
                     face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:   _____ - _____ = ...... ➔   _____
                     face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

---

**Part 4:**   Investments

---

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:            % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

Debtor    __HOTSC Holdings, LLC__                                    Case number *(if known)* _____
          Name

          **None**

17.  **Total of Part 4**
     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                           $0.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
     ☑ No. Go to Part 6.
     ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

     **None**

20.  **Work in progress**

     **None**

21.  **Finished goods, including goods held for resale**

     **None**

22.  **Other inventory or supplies**

     **None**

23.  **Total of Part 5**
     Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                           $0.00

24.  **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

Debtor    **HOTSC Holdings, LLC**                                          Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
   ☑No
   ☐Yes. Is any of the debtor's property stored at the cooperative?
       ☐No
       ☐Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑No
   ☐Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑No
   ☐Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☑No. Go to Part 8.
   ☐Yes. Fill in the information below.

Debtor    **HOTSC Holdings, LLC**_____    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.  Office furniture**

    **None**

**40.  Office fixtures**

    **None**

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

    **None**

**42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    **None**

**43.  Total of Part 7**
    Add lines 39 through 42. Copy the total to line 86.                                                                 $0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    **None**

**48.  Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | **HOTSC Holdings, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

    None

49. **Aircraft and accessories**

    None

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    None

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                                                            $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| 55.1 **Indoor Shooting Range**<br>5040 S. Loop 340 Waco, TX 76706 | Fee Simple | (Unknown) | | $1,018,150.00 |

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.        $1,018,150.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

Debtor    __HOTSC Holdings, LLC__
        Name                                          Case number *(if known)* _____

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

     None

**61. Internet domain names and websites**

     None

**62. Licenses, franchises, and royalties**

     None

**63. Customer lists, mailing lists, or other compilations**

     None

**64. Other intangibles, or intellectual property**

     None

**65. Goodwill**

     None

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                  **$0.00**

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Debtor     __HOTSC Holdings, LLC_____     Case number *(if known)* _____
       Name

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

**71.  Notes receivable**

Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.  Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                     $0.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor      **HOTSC Holdings, LLC**                                    Case number *(if known)* _____
                    Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $416.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*.................................................... | → | $1,018,150.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $416.00 | + 91b. $1,018,150.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................... | | $1,018,566.00 |

Debtor    **HOTSC Holdings, LLC**                                                   Case number *(if known)* _____
                Name

**Additional Page**

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** **Checking, savings, money market, or financial brokerage accounts - *Continued*** | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.2  **First National Bank of McGregor** | **Checking account** | **0575** | **$220.00** |
| 3.3  **First National Bank** | **Checking account** | **9040** | **$0.00** |

Fill in this information to identify the case:

Debtor name ___HOTSC Holdings, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
First National Bank of McGregor

**Creditor's mailing address**
901 S. 8th Street
Waco, TX 76706

**Creditor's email address, if known**

**Date debt was incurred** 10/30/2020

**Last 4 digits of account number** 0 0 1 0

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
**1) First National Bank of McGregor**; 2) McLennan County Tax Office

**Describe debtor's property that is subject to a lien**
Indoor Shooting Range

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,184,798.57  Column B: $1,018,150.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $2,197,612.11

Debtor   HOTSC Holdings, LLC
_____         Case number (if known) _____
        Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

McLennan County Tax Office

**Creditor's mailing address**

PO Box 406

Waco, TX 76703

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Indoor Shooting Range

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $12,813.54 | $1,018,150.00 |
|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  2  of  2

Fill in this information to identify the case:

Debtor name _____ HOTSC Holdings, LLC _____

United States Bankruptcy Court for the: _____

Western District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address**<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor    **HOTSC Holdings, LLC**                                          Case number *(if known)* _____
                Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**IFPS Corporation**

**PO Box Box 419090**

**Kansas City, MO 64141-9090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $10,176.12

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 2 of 3

Debtor    **HOTSC Holdings, LLC**
_____
         Name

Case number *(if known)* _____

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$10,176.12** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$10,176.12** |

Fill in this information to identify the case:

Debtor name _____HOTSC Holdings, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ _____ |
| State the term remaining _____ | _____ |
| List the contract number of any government contract _____ | _____ _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ _____ |
| State the term remaining _____ | _____ |
| List the contract number of any government contract _____ | _____ _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ _____ |
| State the term remaining _____ | _____ |
| List the contract number of any government contract _____ | _____ _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ | _____ _____ |
| State the term remaining _____ | _____ |
| List the contract number of any government contract _____ | _____ _____ |

Fill in this information to identify the case:

Debtor name __**HOTSC Holdings, LLC**__

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2. |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Heart of Texas Shooting Center | 5040 S. Loop 340 <br> Street <br><br> Waco, TX 76706 <br> City          State          ZIP Code | First National Bank of McGregor | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2** Nutt, Eric | Street <br><br> City          State          ZIP Code | First National Bank of McGregor | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.3** | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| **2.4** | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **HOTSC Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H | **Schedule H: Codebtors** | page __2__ of __2__

Fill in this information to identify the case:

Debtor name _____HOTSC Holdings, LLC_____

United States Bankruptcy Court for the:

_____Western District of Texas_____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................... | $1,018,150.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... | $416.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... | $1,018,566.00 |

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $2,197,612.11 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... | + $10,176.12 |

4. **Total liabilities**.................................................................................................................. | $2,207,788.23 |
   Lines 2 + 3a + 3b

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **HOTSC Holdings, LLC**                                        CASE NO

                                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____06/02/2023_____      Signature _____ /s/ Eric Nutt _____
                                                                    Eric Nutt, Manager

First National Bank of
McGregor
901 S. 8th Street
Waco, TX 76706


Heart of Texas Shooting
Center
5040 S. Loop 340
Waco, TX 76706


IFPS Corporation
PO Box Box 419090
Kansas City, MO 64141-9090


McLennan County Tax Office
PO Box 406
Waco, TX 76703


Eric Nutt